## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pozucek, John

Printed:  7/8/08

Case Number:  05 B 20917
Judge:  Hollis, Pamela S
Filed:  5/25/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  July 3, 2008
Confirmed:  July 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 126,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 116,542.25 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 6,757.75 |
| Other Funds: |  | 0.00 |
| Totals: | 126,000.00 | 126,000.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,700.00 | 2,700.00 |
| 2. | ECast Settlement Corp | Unsecured | 492.58 | 4,116.04 |
| 3. | ECast Settlement Corp | Unsecured | 1,178.29 | 9,845.91 |
| 4. | ECast Settlement Corp | Unsecured | 527.85 | 4,411.14 |
| 5. | American Express Centurion | Unsecured | 1,441.06 | 12,041.56 |
| 6. | Resurgent Capital Services | Unsecured | 2,232.16 | 18,652.05 |
| 7. | Resurgent Capital Services | Unsecured | 269.33 | 2,250.54 |
| 8. | Resurgent Capital Services | Unsecured | 662.30 | 5,534.18 |
| 9. | ECast Settlement Corp | Unsecured | 989.33 | 8,267.67 |
| 10. | Resurgent Capital Services | Unsecured | 718.61 | 6,005.31 |
| 11. | ECast Settlement Corp | Unsecured | 1,069.48 | 8,936.66 |
| 12. | ECast Settlement Corp | Unsecured | 994.31 | 8,308.56 |
| 13. | ECast Settlement Corp | Unsecured | 1,004.49 | 8,394.37 |
| 14. | ECast Settlement Corp | Unsecured | 2,366.72 | 19,778.26 |
| 15. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 16. | Bank Of America | Unsecured |  | No Claim Filed |
| 17. | Bank Of America | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Citibank | Unsecured |  | No Claim Filed |
| 20. | Citi Cards | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,646.51 | $ 119,242.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 83.51 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pozucek, John

Printed:  7/8/08

Case Number:  05 B 20917

Judge:  Hollis, Pamela S

Filed:  5/25/05

| | |
|---|---|
| 5.5% | 2,188.02 |
| 5% | 525.40 |
| 4.8% | 969.97 |
| 5.4% | 2,140.15 |
| 6.5% | 850.70 |
| | _____ |
| | $ 6,757.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

